**A. Stanley COPELAND, Plaintiff in Error, v. UNITED STATES, Defendant in Error.**

(Circuit Court of Appeals, Second Circuit. February 19, 1926.)

No. 219.

In Error to the District Court of the United States for the Western District of New York.

A. Stanley Copeland, for plaintiff in error.

Richard H. Templeton, U. S. Atty., of Buffalo, N. Y.

Before ROGERS, HOUGH, and HAND, Circuit Judges.

PER CURIAM. Judgment affirmed.

---

**2**
**In the Matter of Lyall DEAN, Bankrupt-Appellant.**

(Circuit Court of Appeals, Second Circuit. February 15, 1926.)

No. 200.

Appeal from the District Court of the United States for the Southern District of New York.

Parker & Aaron, of New York City (Charles Adkins Baker, of New York City, of counsel), for appellant.

Rosenberg & Ball, of New York City (George S. Ludlow and Charles S. Ascher, both of New York City, of counsel), for appellee Emerson Bigelow.

Before MANTON, HAND, and MACK, Circuit Judges.

PER CURIAM. Order affirmed.